Rel: January 5, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0133

Ronald Thomas Molitor v. Jacqueline M. Rothwell and Franklin L. Molitor (Appeal from Madison Circuit Court: CV-08-953.80).

PARKER, Chief Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Shaw, Bryan, Mendheim, and Mitchell, JJ., concur.